SONIA MARTIN (State Bar No. 191148)
BONNIE LAU (State Bar No. 246188)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, California  94105
Telephone:     (415) 882-5000
Facsimile:      (415) 882-0300
Email:            smartin@sonnenschein.com
                     blau@sonnenschein.com

MARK HANOVER (*pro hac vice*)
KENDRA KEKELIS HARTMAN (*pro hac vice*)
SONNENSCHEIN NATH & ROSENTHAL LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606
Telephone:     (312) 876-8000
Facsimile:      (312) 876-7934
Email:            mhanover@sonnenschein.com
                     khartman@sonnenschein.com

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY and
ALLSTATE PROPERTY AND CASUALTY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LINDA ENGER, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation, and ALLSTATE PROPERTY AND CASUALTY COMPANY, an Illinois Corporation,<br><br>                    Defendants. | Case No. 2:09-cv-02618-GEB-EFB<br><br>STIPULATION AND ORDER CONTINUING HEARING DATE ON MOTION TO DISMISS<br>. |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, Defendants' Motion to Dismiss Complaint or, Alternatively, to Compel Appraisal and Stay Pending Appraisal currently is scheduled for hearing on November 23, 2009;

WHEREAS, the parties have agreed to reschedule the hearing date to accommodate the Thanksgiving holiday;

IT IS HEREBY STIPULATED AND AGREED that the hearing on Defendants' Motion should be continued to December 7, 2009.

IT IS SO STIPULATED.

Dated: November ___, 2009       KERSHAW, CUTTER & RATINOFF, LLP

By: _____
C. BROOKS CUTTER
IAN HUNTER

Attorneys for Plaintiff
LINDA ENGER

Dated: November ___, 2009       SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
SONIA MARTIN
BONNIE LAU

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY and
ALLSTATE PROPERTY AND CASUALTY
COMPANY

IT IS SO ORDERED.

Dated: 11/12/09        _____
GARLAND E. BURRELL, JR.
United States District Judge

-1-
Case No. 2:09-cv-02618-GEB-EFB           STIPULATION AND [PROPOSED] ORDER
                                         CONTINUING HEARING ON MOTION TO DISMISS