UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ENGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation; and ALLSTATE PROPERTY AND CASUALTY COMPANY, an Illinois Corporation,<br><br>Defendants. | No.  2:09-cv-02618-GEB-EFB<br><br>**ORDER** |

On January 22, 2016, Defendants filed a "Notice of Related Cases" document, in which they state this closed case is related to a putative class action filed in the Northern District of California "styled Linda Enger v. Allstate Insurance Company, et al.," Case No. 4:16-cv-00136-JSW. (Notice of Related Cases 2:3-5, ECF No. 35.) Defendants argue: "Pursuant to Rule 123 of the Civil Local Rules of the United States District Court for the Eastern District of California," Enger should be reassigned to the undersigned judge. (Id. at 1:23-24.)

1

1       However, Local Rule 123 does not authorize the
2 requested inter-district reassignment order. Therefore, the
3 request is denied.

4 Dated: January 25, 2016

                                              GARLAND E. BURRELL, JR.
                                              Senior United States District Judge